FILED
CLERK, U.S. DISTRICT COURT
JUN - 1 2009
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. HICKS,<br><br>    Plaintiff,<br><br>    v.<br><br>S. COWAN, et al.,<br><br>    Defendants. | Case No. CV 08-2714-CJC (JTL)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Third Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that judgment be entered dismissing the Third Amended Complaint and dismissing this action without prejudice.

DATED: June 1, 2009

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE