FILED
CLERK, U.S. DISTRICT COURT

JUN - 1 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                                  DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. HICKS,<br><br>      Plaintiff,<br><br>      v.<br><br>S. COWAN, et al.,<br><br>      Defendants. | Case No. CV 08-2714-CJC (JTL)<br><br>**JUDGMENT** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Third Amended Complaint in this action is dismissed and that this action is dismissed without prejudice.

DATED: June 1, 2009

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE